UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESAPEAKE THERMITE WELDING, LLC d/b/a CTW | : | CIVIL NO: 1:22-CV-02004 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| RAILROAD SOLUTIONS, INC., and TRACY L. WINGENROTH, | : | |
| Defendants. | : | |

### ORDER
January 31, 2024

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the defendants' motion (*doc. 26*) to transfer venue and/or to dismiss the amended complaint for failure to state a claim upon which relief can be granted is **DENIED**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge